THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov

E-Filed: **8/3/09**

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Petitioner,<br><br>    vs.<br><br>Rafael A. Antillon,<br><br>    Respondent. | Case No.<br><br>[~~Proposed~~] Order to Show Cause |

    Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration, the Court finds that Petitioner has established a *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summons. *See United States v. Powell*, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964).

    Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, at the following address on specified dated and time, and show cause why the testimony and

1

production of books, papers, records, and other data demanded in the subject IRS summons should not be compelled:

Date:              Monday, <u>September 14, 2009</u>

Time:              9:30 a.m.

Courtroom:        650 – GEORGE H. KING, JUDGE

Address:      ☐ United States Courthouse
                312 North Spring Street, Los Angeles, California, 90012
              X  Roybal Federal Building and United States Courthouse
                255 E. Temple Street, Los Angeles, California, 90012
              ☐ Ronald Reagan Federal Building and United States Courthouse
                411 West Fourth Street, Santa Ana, California, 92701
              ☐ Brown Federal Building and United States Courthouse
                3470 Twelfth Street, Riverside, California, 92501

     **IT IS FURTHER ORDERED** that copies of the following documents be served on Respondent by personal delivery, leaving a copy at Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or certified mail:

   1. This Order; and
   2. The Petition, Memorandum of Points and Authorities, and accompanying Declaration.

Service may be made by any employee of the IRS or the United States Attorney's Office.

     **IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions.  If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not oppose the relief

1  sought in the Petition, nor wish to make an appearance, then the appearance of

2  Respondent at any hearing pursuant to this Order to Show Cause is excused, and

3  Respondent shall comply with the summons within ten (10) days thereafter.

4       **IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings

5  will be considered on the return date of this Order.  Only those issues raised by

6  motion or brought into controversy by the responsive pleadings and supported by

7  sworn statements filed within ten (10) days after service of the herein described

8  documents will be considered by the Court.  All allegations in the Petition not

9  contested by such responsive pleadings or by sworn statements will be deemed

10  admitted.

11

12  DATED:  8/3/09

13  _____

14                 GEORGE H. KING,

15                 U.S. DISTRICT COURT JUDGE

16

    Respectfully submitted,

17

18  THOMAS P. O'BRIEN
    United States Attorney
19  SANDRA R. BROWN
20  Assistant United States Attorney
21  Chief, Tax Division

22

23  GAVIN L. GREENE
24  Assistant United States Attorney
    Attorneys for United States of America
25

26

27

28

3